UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Number: (215) 627-1322
bkgroup@kmllawgroup.com
Attorneys for American Neighborhood Mortgage Acceptance Company, LLC

In Re:
Matthew T. Stern

Debtor(s).

Case No: 26-20167 EJO

Chapter: 13

Judge: Eamonn J. O'Hagan

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of American Neighborhood Mortgage Acceptance Company, LLC. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

701 Market Street, Suite 5000
Philadelphia, PA 19106

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒All documents and pleadings of any nature.

Date: 09/23/2026

/s/Matthew Fissel
Matthew Fissel
23 Sep 2026, 13:18:55, EDT

**KML Law Group, P.C.**
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
FAX: (215) 627-7734
Attorney for Creditor